**FILED & ENTERED**

MAY 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Mark Alan Shoemaker<br><br><br><br>Debtor(s). | Case No.: 1:14-bk-15182-GM<br><br>CHAPTER 7<br><br>**TENTATIVE RULING ON OBJECTION TO CLAIM #6 OF DAVID CARRANZA**<br><br>Date:        May 4, 2021<br>Time:       10:00 AM<br>Courtroom: 303 |

  The claim is for $7,600.  There is a check from Brenda Jeanette Carranza to Shoemaker's Law Office for $1,000.  There are checks for an additional $6,600 made out to Advocate For Fair Lending, but given to Shoemaker.  Mr. Carranza says that he received a small claims judgment, but does not attach that or the agreement with Mr. Shoemaker.

///

///

///

-1-

     Mr. Shoemaker attaches a list of payments to his former clients by the California Bar Client Security Fund that shows that Mr. Carranza received $7,600 for case 11-F-12095 on June 14, 2013.  So this claim has been paid in full.

     SUSTAIN THE OBJECTION.

###

Date: May 5, 2021

Geraldine Mund
United States Bankruptcy Judge

-2-