

FILED & ENTERED

MAY 06 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Mark Alan Shoemaker<br><br><br><br>Debtor(s). | Case No.: 1:14-bk-15182-GM<br><br>CHAPTER 7<br><br>**TENTATIVE RULING ON OBJECTION TO CLAIM #9 OF MANDANA SHOEMAKER**<br><br>Date:      May 4, 2021<br>Time:     10:00 AM<br>Courtroom: 303 |

This claim arises out of a family law dissolution matter brought by Mark Shoemaker (LASC ND055378), which resulted in a judgment for Ms. Shoemaker on August 11, 2008.  An abstract of judgment was issued on Sept. 23, 2009 and a writ of execution for support arrearages was issued on Oct.1, 2009. This judgment was for $43,000 in lieu of spousal support.

Mr. Shoemaker asserts that the judgment has expired under CCP §683.020 because more than 10 years has passed since its entry and it has never been renewed. The current bankruptcy was filed on May 25, 2010 and the automatic stay terminated

either on June 25, 2010 or on October 15, 2010 (which the motion to extend the stay was denied). Even adding 30 days as provided in §108, the judgment expired in 2018.

In response, Ms. Shoemaker's attorney points out that CCP §683.020 does not apply to Family Law order and judgments made or entered pursuant to the Family Code. CCP §683.10. Also, California Family Law §291 provides that a Family Law judgment is enforceable until paid in full or otherwise satisfied and that it need not be renewed

Cal. Fam. Code §291

(a) A money judgment or judgment for possession or sale of property that is made or entered under this code, including a judgment for child, family, or spousal support, is enforceable until paid in full or otherwise satisfied.

(b) A judgment described in this section is exempt from any requirement that a judgment be renewed. Failure to renew a judgment described in this section has no effect on the enforceability of the judgment.

Overrule the objection.

###

Date: May 6, 2021

Geraldine Mund
United States Bankruptcy Judge